department, entered January 5, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover for the alleged conversion of twenty-eight carloads of coal, delivered by plaintiff to defendant for transportation from Scully Scales, Penn., to Philadelphia. The complaint was dismissed because it appeared that plaintiff was a member of a tidewater coal exchange and in accordance with its rules the coal shipped had been diverted and delivered to another member while a similar quantity and quality of coal was delivered to and received by plaintiff at the time and place for delivery. Plaintiff contended that the dismissal of the complaint was erroneous because thereby he was denied a right, which he had reserved, to show the value of the coal in proof of damage.

*E. Crosby Kindleberger* and *Hamilton Rogers* for appellant.

*Harold L. Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

BERNIS W. STONE, Appellant, *v.* COMMONWEALTH FINANCE CORPORATION, Respondent.

*Contract — guaranty — action to recover upon alleged contract of guaranty — complaint dismissed.*

*Stone v. Commonwealth Finance Corp.*, 215 App. Div. 704, affirmed. (Argued May 7, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1926, which affirmed a judgment in favor of defendant entered upon an order of Special Term granting a motion by defendant for a dismissal of the amended complaint upon the ground that it failed to state facts sufficient to constitute a cause of action. The action is brought by the assignee of claimants against an

exposition company for damages arising out of failure of the company to establish and operate an exposition in accordance with its contracts with the claimants. Liability of defendant is predicated upon the following letter, whereby it was claimed defendant guaranteed performance by the exposition company of its obligations and obligated itself for the benefit of proposed exhibitors, to give financial support to the exposition company:

" AMERICAN NATIONAL EXPOSITIONS, INC.,
Bush Terminal Building,
New York City, N. Y.

" GENTLEMEN.— We are informed that you have had inquiries as to your financial backing and responsibility. We wish to state that this Exposition Company is owned and controlled by one of our subsidiary Companies, and that we are giving it our full co-operation and support, and are ready to place our resources behind this project to the extent that may be necessary to insure its complete success.

" We are doing this in the belief that the expansion of American trade to foreign markets, particularly to our sister republics in South and Central America, is of the greatest importance both to American Manufacturers and Latin-American consumers, and because we believe that a great and dignified Exposition such as is now in process of preparation will be a real influence in bringing such manufacturers and consumers together.

" You are at liberty to use this information in such way as you deem best. " Very truly yours,
" HENRY D. TUDOR,
" President
" Commonwealth Finance Corporation."

*William F. Unger* for appellant.
*Mark W. Norman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

34